IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSEPH YOUNG, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-09-3718 |
| | § | |
| STATE OF TEXAS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER OF DISMISSAL**

The plaintiff, Joseph Young, has filed a civil case, *pro se* and *in forma pauperis*. Young sues the State of Texas as well as the United States Department of Justice, U.S. Attorneys, and the Federal Bureau of Investigation in both Houston and Washington, D.C. Young seeks "damages on behalf of organized torture, slavery, and massive national exploitation of this plaintiff in the amount of $1.5 billion dollars." He alleges a massive conspiracy involving the Hollywood movie and music industries and the New York theater business to "exploit the plaintiff by claiming their constitutional violations of the plaintiff's civil rights would benefit the human race in the educational field." Young also alleges that he has been poisoned by fast food restaurants and by drinking water in his apartment. He complains of a power surge concentrated in his residence. He complains of the use of monitoring devices in his residence and cell phone. He complains that the television and radio news broadcasts humiliate him by describe his actions and movements inside his residence. His complaint includes drawings and diagrams.

Joseph Young has previously filed a number of suits. All have been dismissed. This complaint must also be dismissed. It is frivolous under 28 U.S.C. § 1915(e) because it alleges facts

that rise to the level of the "irrational or the wholly incredible." *Horton v. Cockerell*, 70 F.3d 397 (5th Cir. 1995). A complaint making allegations that are fanciful, fantastic, or delusional in nature is factually frivolous and clearly baseless. *Ancar v. Sara Plasma, Inc.*, 964 F.2d 465, 468 (5th Cir. 1992). The factual allegations throughout this complaint are in this category. Accordingly, this case is dismissed.

Given Young's litigation history, he is admonished that if he continues to file frivolous and baseless complaints, he may face sanctions, ranging from preclusion from future filings absent specific permission from the Chief Judge of the Southern District of Texas to financial penalties.

SIGNED on December 1, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge